UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME TALLEY,

                Plaintiff,

   v.

TINA R. ROBINSON,

                Defendant.

No. C15-5593 RBL-KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **DENIED.** Plaintiff is directed to pay the $400.00 filing fee within **thirty (30) days** of this Order.

(3)    The Clerk is directed to send copies of this Order to Plaintiff

**DATED** this 19th day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1